FILED

2023 Jul-05  PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **TEJUAN DENNIS,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No.:** _____ |
| | ) | |
| **BROOKFIELD PROPERTIES RETAIL, INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

### NOTICE OF REMOVAL

COMES NOW Brookfield Properties Retail, Inc. ("Brookfield") and files this Notice of Removal of this action from the Circuit Court of Jefferson County, Alabama (01-CV-2023-901847) to the United States District Court for the Northern District of Alabama, Southern Division, and shows unto the Court the following:

### I.

This action was commenced in the Circuit Court of Jefferson County, Alabama, on May 30, 2023. A copy of Plaintiff's Complaint is attached as part of Exhibit A. Brookfield was served on June 5, 2023; a copy of the Return of Service is also attached as part of Exhibit A. Therefore, Brookfield is removing this case within thirty days from the date of service, and the removal of this case to this Court is timely pursuant to 28 U.S.C. § 1446(b)(2)(B).

### II.

Copies of all process, pleadings, and orders purportedly served on or by Brookfield in this action are attached as Exhibit A.

### III.

This action is one of a civil nature over which the District Court has original jurisdiction because of diversity of citizenship pursuant to 28 U.S.C. § 1332(a)(1).

**IV.**

Plaintiff Tejuan Dennis, at the time of the commencement of this action and since that time, is a resident and citizen of the State of Alabama.

**V.**

Defendant Brookfield is a corporation organized and existing under the laws of the State of Delaware, with its principal place of business in Chicago, Illinois.

**VI.**

Plaintiff and Brookfield are citizens of different states. Therefore, complete diversity exists pursuant to 28 U.S.C. § 1332(a)(1).[1]

**VII.**

Plaintiff's Complaint asserts five causes of action against Brookfield: slander/defamation; harassment; negligence; false imprisonment; and negligent hiring/training/supervision.

**VIII.**

The amount in controversy exceeds $75,000, pursuant to 28 U.S.C. § 1332(a). In the Complaint, as noted, Plaintiff asserts five causes of action. In the allegations for each cause of action, Plaintiff "avers that the Plaintiff's claim is for more than $100,000.00." [Ex. A, Complaint, pp. 6-9]. Therefore, Plaintiff seeks in excess of $100,000 for each cause of action asserted against Brookfield. As a result, by the clear terms of the Complaint, the amount in controversy exceeds

---

[1] Plaintiff's Complaint also lists fictitious defendants. However, "the citizenship of defendants sued under fictitious names shall be disregarded" for purposes of removal. 28 U.S.C. § 1441(b)(1).

$75,000, exclusive of interest and costs.[2] Thus, the amount in controversy exceeds the jurisdictional threshold of this Court, and removal is proper.

## X.

Based on the foregoing, complete diversity exists, the amount in controversy is met, and jurisdiction is proper in this Court. Therefore, the case is subject to removal and properly before this Court.

WHEREFORE, PREMISES CONSIDERED, Brookfield prays that this Honorable Court take jurisdiction of this cause and issue all necessary orders and process in order to remove the above-styled action from the Circuit Court of Jefferson County, Alabama.

Respectfully submitted,

s/ Seth T. Hunter
Brenen G. Ely (ASB-0366-E54B)
Seth T. Hunter (ASB-8506-S76H)
Robert E. Norton (ASB-6568-E59N)
Counsel for Brookfield Properties Retail, Inc.

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
shunter@elylawllc.com
rnorton@elylawllc.com

---

[2] Brookfield denies the allegations in the Complaint, and denies that it is liable to Plaintiff for the claims asserted against it in the Complaint.

## **CERTIFICATE OF SERVICE**

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the CM/ECF electronic filing system and/or U.S. Mail on this the 5th day of July, 2023.

Richard A. Rice
THE RICE FIRM, LLC
P.O. Box 453
Birmingham, Alabama 35201
rrice@rice-lawfirm.com

s/ Seth T. Hunter
**OF COUNSEL**