FILED
2023 Jul-05 PM 03:05
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

ELECTRONICALLY FILED
5/30/2023 11:44 PM
01-CV-2023-901847.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

| State of Alabama<br>Unified Judicial System<br><br>Form ARCiv-93   Rev. 9/18 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case Number:<br>01<br><br>Date of Filing:<br>05/30/2023 | Judge Code: |
|---|---|---|---|

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**TEJUAN DENNIS v. BROOKFIELD PROPERTIES RETAIL, INC.**

**First Plaintiff:** ☐ Business ☑ Individual ☐ Government ☐ Other

**First Defendant:** ☑ Business ☐ Individual ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☐ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ EPFA - Elder Protection From Abuse
☐ QTLB - Quiet Title Land Bank
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☑ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING   A ☐ APPEAL FROM DISTRICT COURT   O ☐ OTHER
R ☐ REMANDED   T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☐ YES ☑ NO   Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:** RIC086   5/30/2023 11:44:02 PM (Date)   /s/ RICHARD A. RICE (Signature of Attorney/Party filing this form)

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

**Election to Proceed under the Alabama Rules for Expedited Civil Actions:** ☐ YES ☐ NO



ELECTRONICALLY FILED
5/30/2023 11:44 PM
01-CV-2023-901847.00
CIRCUIT COURT OF
JEFFERSON COUNTY, ALABAMA
JACQUELINE ANDERSON  SMITH, CLERK

## IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
## BIRMINGHAM DIVISION

**TEJUAN DENNIS**,                                  )
                                                    )
                                                    )
Plaintiff.                                          )          CASE NO. 2023-CV-
                                                    )
v.                                                  )          **JURY DEMAND**
                                                    )
                                                    )
**BROOKFIELD PROPERTIES RETAIL,**                   )
**INC.,**                                           )
                                                    )

**FICTITOUS DEFENDANTS: A, whether singular or plural, that entity or those entities or police officers or security officers who or which had a duty and breached that duty to not improperly detain or slander Plaintiff and/or failed to supervise those entities, police officers, or supervisors; B, whether singular or plural, that entity or those entities or police officers or security officers who or which had a duty and breached that duty to not improperly detain or slander Plaintiff and/or failed to supervise those entities, police officers, or supervisors; C, whether singular or plural, that entity or those entities or police officers or security officers who or which had a duty and breached that duty to not improperly detain or slander Plaintiff and/or failed to supervise those entities, police officers, or supervisors; D, whether singular or plural, that entity or those entities or police officers or security officers who or which had a duty and breached that duty to not improperly detain or slander Plaintiff and/or failed to supervise those entities, police officers, or supervisors; E, that patron of the Galleria which falsely accused Plaintiff and made Plaintiff a target of Fictitious Defendants A-D. Plaintiff avers that the identifies of the Fictitious Party Defendants are otherwise unknown to Plaintiff at this time, or if their names are known to Plaintiff at this time, their identities as proper party Defendants are not known to Plaintiff at this time, but their true names will be substituted when ascertained.**

## COMPLAINT

**COMES NOW** the Plaintiff, Tejuan Dennis, and alleges the following facts, asserts the

following causes of action, and seeks to recover the following damages.

## PARTIES

1.      Plaintiff, Tejuan Dennis, is a black male citizen of the United States and of the state of Alabama. He is a resident of Jefferson County.

2.      Defendant Brookfield Properties Retail, Inc. ("Brookfield") is a foreign corporation and the owner and operator of Riverchase Galleria ("the Galleria"). Brookfield is incorporated in Florida with its principal place of business in Illinois and does business in Jefferson County.

3.      Defendants Fictitious Parties A-D represent the Hoover Police Department ("HPD") officers, security officers employed at the Galleria, other City or Brookfield agents or employees that were involved in the incident described herein, or the City or Brookfield agents or employees responsible for hiring, training, and supervising the above defendants.

4.      Defendant Fictitious Party E ("E") represents the patron of the mall, whose name and identity is currently unknown by Plaintiff, who falsely accused Plaintiff as described herein. Fictitious Party E is a non-black, non-white racial minority male.

## JURISDICTION AND VENUE

5.      Defendants (other than E) have operated a business located in Jefferson County, Alabama and are otherwise engaged in substantial and regular business operations in Jefferson County, Alabama. Defendants otherwise have sufficient contacts with this State and County.

6.      The Plaintiff at all times relevant interacted with the Defendants from a location within Jefferson County, Alabama and the events and actions complained of herein occurred in Mobile County, Alabama.

7.      The amount in controversy exceeds $50,000.00.

## STATEMENT OF FACTS

8.      On June 15, 2021, Mr. Dennis entered the Galleria with his young son, for the purpose of making a payment on an engagement ring.

9.      After making the payment, Mr. Dennis took his son to ride the carousel in the center of the food court of the mall.

10.      Mr. Dennis then ordered food for his son from Chick-Fil-A, and then with his son seated at a nearby table, walked to the Thai Kitchen to order for himself. Mr. Dennis did not make it to the Thai Kitchen.

11.      On his way to Thai Kitchen, Mr. Dennis passed by a shopping cart that contained two of E's children. For reasons about which Plaintiff can only speculate, the two children began yelling and screaming for help as Plaintiff passed by the cart.

12.      E approached Mr. Dennis and asked what he had done to the children. Mr. Dennis explained that he had not done anything, to which E responded by raising his voice and saying he must have done something.

13.      Mr. Dennis suggested that the children may have been afraid of Mr. Dennis simply because he is a black man, to which E responded by getting angry and defensive about what he teaches at home.

14.      Mr. Dennis stated that he was finished with the conversation and began walking away, and E stepped in front of him and got in his face.

15.      At this point, three or four security officers, represented by some subset of Fictitious Parties A-D, approached Mr. Dennis and asked him what he had done to the kids.

16.      Most of the guards made no attempts to hear Mr. Dennis's side of the story.

17.      One of the guards, a black man, admitted later in a message to Mr. Dennis that they did not attempt to hear his side of the story and that they "treated him like trash." This guard

walked away from the incident, stating to Mr. Dennis later that if he had spoken up, he would have been fired.

18.     The guards called Hoover Police Department, whose officers on the scene, represented by some subsection of Fictitious Parties A-D, escorted Mr. Dennis out of the mall

19.     The officers started to grab and roughly handle Mr. Dennis while he had his two-year-old son in his arms, endangering

20.     Footage of the incident recorded by Mr. Dennis shows him being followed out of the mall by uniformed police officers, while also accompanied by two customers who had witnessed the incident and, perhaps aware of the reputation of the Hoover Police Department, agreed to walk with him to make sure that nothing more happened to Mr. Dennis while he was being seen out.

21.     As Mr. Dennis placed his son into his car, one of the officers told him that he would not be allowed to return to the mall for a year. Another officer took photographs of Mr. Dennis, his car, and his license plate.

22.     Mr. Dennis was humiliated and in tears as he left the mall, no other event having moved him to tears since the death of his younger brother.

23.     Mr. Dennis is a dark-skinned Black man.

24.    The institutions of the municipality of Hoover, which is only 17% black and 68% white, and the Galleria itself appear to have no appreciation or respect for African-American people or culture.[1234]

25.    Mr. Dennis was disrespected and humiliated at the Galleria because of his race. First, E raised his voice and accused Mr. Dennis of something without even checking with his own children to see what had happened. Next, the security guards reacted similarly but predictably by Hoover standards, rushing in to the situation and immediately assuming that the Black man involved must have been the perpetrator of something. Finally, the officers of the Hoover Police Department likewise showed up to the scene and did not take a statement or ask Mr. Dennis any questions, instead shaming him by escorting him out of the mall and banning him from the premises.

26.    Mr. Dennis has suffered emotional distress and undue embarrassment from this episode. The events of the day still affect him, as he now fears large groups of people, particularly if most of that group is white. He also has a significant nervous system reaction at any time that he sees the police.

27.    Mr. Dennis remains afraid to enter the city of Hoover out of fear for what the police may unjustly do to him, and he has lost a work opportunity due to these fears.

---

[1] Most recently, an article from CNN details the Hoover City Public Schools' decision to disinvite a Black author from a Black History Month celebration after an unnamed parent allegedly voiced concerns about the author's social media posts. Author Derrick Jones, a dark-skinned Black man, was initially honored and invited to speak, but after having his invitation rescinded amid vague accusations of wrongthink, also canceled a speaking engagement at the Hoover Public Library out of fear for his safety. https://www.cnn.com/2023/02/06/us/hoover-alabama-derrick-barnes-black-author-reaj/index.html
[2] In May of 2019, students at Spain Park High School were seen and heard on film making racist remarks toward Jewish people and Black people. https://wbhm.org/2019/hoover-residents-seek-ways-to-combat-racism-in-schools/
[3] The Galleria and Hoover responded to protests stemming from a November 2018 killing by Hoover police officers of an innocent Black man inside the Galleria with a heavy-handed and militarized police presence and by banning protest organizers from the property.
[4] The city of Hoover has a sordid and persistent history of attempting to keep Black people out and away from the city, dating back to the founding of Hoover by a man linked to the White Citizens Council and the neo-Nazi National State's Rights Party. https://www.al.com/opinion/2016/02/hoover_goes_back_to_its_roots.html

## CAUSES OF ACTION

### COUNT ONE: SLANDER/DEFAMATION
### ALL DEFENDANTS

28.     Plaintiff reavers and realleges paragraphs 1-27 of this complaint as if fully restated herein.

29.     Defendants, intentionally and with malice, did make false statements to third parties regarding Plaintiff, stating or implying that he had somehow threatened or harmed children.

30.     Alternatively, Defendants, negligently or with reckless disregard for the truth of the matter asserted, did make these false statements to third parties.

31.     Plaintiff claims all damages allowable under law, including without limitation punitive damages, as a result of Defendant's wrongful conduct and defamatory actions.

32.     As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

### COUNT TWO: HARRASSMENT
### AGAINST ALL DEFENDANTS

33.     Plaintiff reavers and realleges paragraphs 1-27 of this complaint as if fully restated herein.

34.     Plaintiff was minding his own business having an enjoyable afternoon at the mall with his son when suddenly he was falsely accused of somehow harming E's children.

6

35.    Plaintiff was summarily detained, manhandled, removed from the Galleria and trespassed without probable cause.

36.    Defendants, repeatedly, intentionally and with malice, made false comments about Plaintiff's propriety and his intentions as a member of his community. There was no reasonable factual basis to support such a categorically false allegation.

37.    Defendants, repeatedly as detailed herein, did direct false abusive or obscene allegations and intimations about Plaintiffs character.

38.    There was no purpose of legitimate communication for each of the Defendants' communicative acts described above and herein.

39.    All of the Defendants actions and communications as described above were for purposes of harassing Plaintiff.

40.    Plaintiff submitted several unequivocal requests to Defendants to stop or otherwise cease and desist all false communications made by the Defendants against Plaintiff but to no avail.

41.    Plaintiff claims all damages allowable under law, including without limitation punitive damages, as a result of Defendants' wrongful conduct and harassing actions.

42.    As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

**COUNT THREE: NEGLIGENCE
AGAINST ALL DEFENDANTS**

43.     Plaintiff reavers and realleges paragraphs 1-27 of this complaint as if fully restated herein.

44.     Defendants owed Plaintiff duties to not make false accusations and to refrain from the verbal and physical harassment.

45.     Defendants negligently or wantonly engaged in verbal defamation and harassment.

46.     Defendants negligently or wantonly made misrepresentations regarding Plaintiff's actions.

47.     As a direct result of the said negligence or wantonness, Plaintiff was injured and damaged as alleged above.

48.     Defendants are liable for all natural, proximate, and consequential damages due to their negligence.

49.     Plaintiff claims all damages allowable under law.

50.     As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

## COUNT FOUR: FALSE IMPRISONMENT
### AGAINST BROOKFIELD AND FICTITIOUS PARTIES A-D

51.     Plaintiff reavers and realleges paragraphs 1-27 of this complaint as if fully restated herein.

52.     Defendants unlawfully held the Plaintiff against his will and deprived him of his liberty rights protected by the Alabama Constitution when they detained him.

53.     As a result of the Defendants' actions, the Plaintiff has suffered severe physical, psychological, and emotional injuries.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

## COUNT FIVE: NEGLIGENT HIRING/TRAINING/SUPERVISION AGAINST BROOKFIELD

54.     Plaintiff reavers and realleges paragraphs 1-27 of this complaint as if fully restated herein.

55.     Brookfield engaged in negligent acts and omissions in hiring, training, and supervising security personnel to properly respond to disputes between customers.

56.     Brookfield engaged in negligent acts and omissions in hiring, training, and supervising security personnel to treat Black people with the respect and consideration due to everybody else.

57.     Brookfield knew or should have known that these policies would be necessary in order for Black people to be safe when shopping at the Galleria.

WHEREFORE, PREMISES CONSIDERED, Plaintiff demands judgment against Defendants for compensatory and punitive damages in an amount which the jury finds reasonable and justifiable under the circumstances, plus costs and interest, but avers that the Plaintiff's claim is for more than $100,000.00.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff having set forth her claims for relief against the Defendants, respectfully pray of the Court as follows:

a.  That Plaintiff recovers against the Defendants a sum to be determined in the form of actual damages;

b.  That Plaintiff recovers against the Defendants a sum to be determined in the form of punitive damages;

c.  That Plaintiff recovers against the Defendants a sum to be determined in the form of statutory damages;

d.  That Plaintiff has reasonable attorney's fees, costs, expenses;

e.  That any agreement between the Parties be set aside or deemed void; and

f.  That Plaintiff be granted any relief the Court may deem just and proper.

Respectfully Submitted this the 30th day of May 2023,

_____/s/ Richard A. Rice (RIC086)

Richard A. Rice
The Rice Firm, LLC
P.O. Box 453
Birmingham, AL 35201
P: (205) 618-8733 ext 101
F: 888.391.7193
E: rrice@rice-lawfirm.com
Attorney for Plaintiff

**<u>Jury Demand</u>**

10

Defendants – Service by Certified Mail requested (Clerk's Office)

Corporation Service Company, Inc.
ATTN: Brookfield Properties Retail, Inc.
641 South Lawrence Street
Montgomery, AL 36104



AlaFile E-Notice

01-CV-2023-901847.00

To:  RICHARD A. RICE
     rrice@rice-lawfirm.com

---

# NOTICE OF ELECTRONIC FILING

---

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TEJUAN DENNIS V. BROOKFIELD PROPERTIES RETAIL, INC.
01-CV-2023-901847.00

The following complaint was FILED on 5/30/2023 11:44:04 PM

Notice Date:    5/30/2023 11:44:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov



AlaFile E-Notice

01-CV-2023-901847.00

To:  BROOKFIELD PROPERTIES RETAIL, INC.
641 SOUTH LAWRENCE ST
MONTGOMERY, AL, 36104

# NOTICE OF ELECTRONIC FILING

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TEJUAN DENNIS V. BROOKFIELD PROPERTIES RETAIL, INC.
01-CV-2023-901847.00

The following complaint was FILED on 5/30/2023 11:44:04 PM

Notice Date:      5/30/2023 11:44:04 PM

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>01-CV-2023-901847.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA**
**TEJUAN DENNIS V. BROOKFIELD PROPERTIES RETAIL, INC.**

**NOTICE TO:** BROOKFIELD PROPERTIES RETAIL, INC., 641 SOUTH LAWRENCE ST, MONTGOMERY, AL 36104

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), RICHARD A. RICE                                                                                                    ,

*(Name(s) of Attorney(s))*

WHOSE ADDRESS(ES) IS/ARE: 115 Richard Arrington Jr. Blvd. North, BIRMINGHAM, AL 35203                      .

*(Address(es) of Plaintiff(s) or Attorney(s))*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of TEJUAN DENNIS
pursuant to the Alabama Rules of the Civil Procedure.                                                    *[Name(s)]*

| 05/30/2023 | /s/ JACQUELINE ANDERSON  SMITH | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.           /s/ RICHARD A. RICE

*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on                                                    .

*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to

_____ in _____ County,

*(Name of Person Served)*                         *(Name of County)*

Alabama on _____.

*(Date)*

_____          _____          _____

*(Type of Process Server)*          *(Server's Signature)*          *(Address of Server)*

_____          _____

*(Server's Printed Name)*          *(Phone Number of Server)*



# NOTICE TO CLERK

### REQUIREMENTS FOR COMPLETING SERVICE BY CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
TEJUAN DENNIS V. BROOKFIELD PROPERTIES RETAIL, INC.

01-CV-2023-901847.00

To: CLERK BIRMINGHAM
    clerk.birmingham@alacourt.gov

TOTAL POSTAGE PAID: $8.58

Parties to be served by Certified Mail - Return Receipt Requested

BROOKFIELD PROPERTIES RETAIL, INC.                    Postage: $8.58
641 SOUTH LAWRENCE ST
MONTGOMERY, AL 36104

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail



**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

BROOKFIELD PROPERTIES RETAIL, INC.
641 SOUTH LAWRENCE ST
MONTGOMERY, AL 36104

9590 9402 7947 2305 6143 01

9589 0710 5270 0580 0946 70

PS Form 3811, July 2020 PSN 7530-02-000-9053

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature
X
☐ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

JIC

CV-23-901847

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ...all
☐ ...all Restricted Delivery
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

9589 0710 5270 0580 0946 70

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

Certified Mail Fee $

Extra Services & Fees *(check box, add fee as appropriate)*
☐ Return Receipt (hardcopy)        $
☐ Return Receipt (electronic)      $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required         $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To

Street and Apt. No., or PO Box No.

City, State, ZIP+4®

Postmark
Here

PS Form 3800, January 2023 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: *COMPLETE THIS SECTION***

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:



BROOKFIELD PROPERTIES RETAIL, INC.

641 SOUTH LAWRENCE ST
MONTGOMERY, AL 36104

9590 9402 7947 2305 6143 01

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *Kelly Webster*   ☑ Agent   ☐ Addressee

B. Received by *(Printed Name)*   C. Date of Delivery
                                    10-5-23

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:   ☐ No

S/C

CV-27-901847

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ ~~Insured Mail~~
☐ ~~Insured Mail Restricted Delivery~~
(over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

9589 0710 5270 0580 0946 70

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt

## USPS TRACKING #



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 7947 2305 6143 01

**United States
Postal Service**

FILED IN OFFICE
CIRCUIT CIVIL DIVISION

JUN 12 2023

JACQUELINE ANDERSON SMITH
CLERK

\* Sender: Please print your name, address, and ZIP+4® in this box\*

JACQUELINE ANDERSON SMITH, CLERK

ROOM 400 JEFF CO COURTHOUSE

716 RICHARD ARRINGTON JR BLVD., NO.

BIRMINGHAM, ALABAMA 35203





AlaFile E-Notice

01-CV-2023-901847.00

Judge: JIM HUGHEY III

To:  RICE RICHARD ALLAN
rrice@rice-lawfirm.com

# NOTICE OF SERVICE

IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA

TEJUAN DENNIS V. BROOKFIELD PROPERTIES RETAIL, INC.
01-CV-2023-901847.00

The following matter was served on 6/5/2023

**D001 BROOKFIELD PROPERTIES RETAIL, INC.**

**Corresponding To**

CERTIFIED MAIL

JACQUELINE ANDERSON  SMITH
CIRCUIT COURT CLERK
JEFFERSON COUNTY, ALABAMA
JEFFERSON COUNTY, ALABAMA
716 N. RICHARD ARRINGTON BLVD.
BIRMINGHAM, AL, 35203

205-325-5355
jackie.smith@alacourt.gov

**IN THE CIRCUIT COURT OF JEFFERSON COUNTY, ALABAMA
BIRMINGHAM DIVISION**

| | | |
|---|---|---|
| TEJUAN DENNIS | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **Case No.: 01-CV-2023-901847** |
| | ) | |
| BROOKFIELD PROPERTIES | ) | |
| RETAIL, INC. | ) | |
| | ) | |
| **Defendant.** | ) | |

<u>**NOTICE OF REMOVAL**</u>

       TO THE PLAINTIFF IN THE ABOVE-STYLED CAUSE AND ITS ATTORNEY OF RECORD:

       Please take notice that on the 5th day of July, 2023, the undersigned, as attorneys for Defendant Brookfield Properties Retail, Inc. ("Brookfield"), filed on its behalf a Notice of Removal in the United States District Court for the Northern District of Alabama, to remove the above-entitled cause of action from the Circuit Court of Jefferson County, Alabama (01-CV-2023-901847) to said United States District Court, and also filed a true copy of said Notice of Removal with the Clerk of the Circuit Court of Jefferson County, Alabama.

                                      Respectfully submitted,

                                       <u>s/ Seth T. Hunter</u>
                                       Brenen G. Ely (ELY004)
                                       Seth T. Hunter (HUN047)
                                       Robert E. Norton (NOR071)
                                       Counsel for Defendant

**OF COUNSEL:**
ELY & ISENBERG, LLC
3500 Blue Lake Drive, Suite 345
Birmingham, Alabama 35243
Telephone: (205) 313-1200
Facsimile: (205) 313-1201
bely@elylawllc.com
shunter@elylawllc.com
rnorton@elylawllc.com

## CERTIFICATE OF SERVICE

I do hereby certify that a true and accurate copy of the foregoing has been served on all parties of record via the AlaFile electronic filing system and/or U.S. Mail on this the 5th day of July, 2023.


Richard A. Rice
THE RICE FIRM, LLC
P.O. Box 453
Birmingham, Alabama 35201
rrice@rice-lawfirm.com


s/ Seth T. Hunter
**OF COUNSEL**